UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| V. | : | No. 4:CR-05-412 |
| ANTHONY JAMES MCALLISTER | : | |

ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The presentence investigation report in this case was scheduled to be disclosed on or before January 16, 2006. The Court has received a memorandum from the probation office indicating that they are unable to meet this deadline and requesting that the Court extend the disclosure date to January 23, 2006.

IT IS THEREFORE ORDERED that the presentence investigation report shall be disclosed on or before January 23, 2006. Sentencing will be scheduled at a later date.

_____
John E. Jones III
United States District Judge

Date: 1-18-06